UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-14171-GAO

QI HE,
Plaintiff,

v.

GREEN TREE SERVICING, LLC, FANNIE MAE,
BANK OF AMERICA, N.A., and HARMON LAW OFFICES, P.C.,
Defendants.

ORDER
November 28, 2016

O'TOOLE, D.J.

This action arises from a 2008 mortgage transaction between the plaintiff and defendant Bank of America, N.A. ("BANA"). Pursuant to the Court's August 13, 2015 Order (dkt. no. 29), the plaintiff was afforded ninety days to effect service of process on defendant BANA. That time has expired, and BANA has not been served with process and has not participated in the case.

Accordingly, all claims against BANA are dismissed without prejudice for failure to effect timely service as required by Federal Rule of Civil Procedure 4(m). Because all claims against all defendants have now been dismissed, this action is dismissed in its entirety.

It is SO ORDERED.

/s/ George A O'Toole, Jr.
United States District Judge